UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                      Plaintiff,

          -against-

NYPD, *et al.*,

                      Defendants.

20-CV-1372 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 2, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

SO ORDERED.

Dated:   March 2, 2020
            New York, New York

                                                   COLLEEN McMAHON
                                                 Chief United States District Judge